**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   VEANA G. SILVA-PEARSON,                    No. C 11-01491 SI

9              Plaintiff,                      **JUDGMENT**

10      v.

11   BAC HOME LOANS SERVICING, LP, et al.,

12              Defendants.
                                          /
13

14       Defendants' motion to dismiss is granted without leave to amend.  Judgment in favor of

15   defendants and against plaintiff is entered accordingly.

16

17   Dated: July 5, 2011

18                                         _____
                                           SUSAN ILLSTON
19                                         United States District Judge

20
21
22
23
24
25
26
27
28