**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    VEANA G. SILVA-PEARSON,                    No. C 11-01491 SI

9                Plaintiff,                     **ORDER CONSTRUING PLAINTIFF'S**
                                               **AUGUST 12, 2011 LETTER AS NOTICE**
10       v.                                     **OF APPEAL**

11    BAC HOME LOANS SERVICING, LP, et al.,

12               Defendants.
                                          /
13

14          On July 5, 2011 this Court granted defendant BAC Home Loan Servicing's motion to dismiss

15   this case.  The Court found, that as a matter of law, plaintiff could not maintain her action asserting BAC

16   breached plaintiff's loan modification agreement where plaintiff's own evidence demonstrated that she

17   did not make the modification payments on time and in the correct amounts.  *See* Docket No. 27.

18   Judgment was entered and copies of the Court's order and judgment were mailed to Ms. Pearson on July

19   7, 2011.  Docket Nos. 27 &28 (Attachment 1, proofs of service).

20          On August 12, 2011, the Court received a letter from Ms. Pearson, asserting that she did not

21   receive notice of the Court's order and judgment until July 26, 2011.  Ms. Pearson requested that the

22   court "give me an appeal on your ruling and give me my day in court."  Docket No. 31 at 2.

23          The Court found good cause and construed Ms. Pearson's letter as a request to extend her time

24   to file a notice of appeal, and gave Ms. Pearson additional time to file her notice of appeal.  *See* Docket

25   No. 32.[1]   On September 9, 2011, Ms. Pearson again wrote the Court seeking additional time to file a

26   notice of appeal in light of significant medical conditions and hospitalizations.  Docket No.33.

27   _____

28          [1]   To the extent the August 12, 2011, pleading could be construed as a motion for
     reconsideration, that motion was DENIED. *Id.*

1         The Court finds that it is appropriate to construe Ms. Pearson's August 12, 2011 pleading –

2    Docket No. 31 – as a request for an extension of time to file a notice of appeal *and* her actual notice of

3    appeal.  Therefore, the Court holds that Ms. Pearson filed her notice of appeal on August 12, 2011.

4         The clerk shall process Ms. Pearson's notice of appeal as if timely filed on August 12, 2011.

5         Unless Ms. Pearson moves for and is granted permission to pursue her appeal *in forma pauperis*

6    (*see* Federal Rule of Appellate Procedure 24(a), requiring motion and affidavit to be filed in District

7    Court), Ms. Pearson will have to pay the $455.00 filing fee for her appeal to the Ninth Circuit.  Ms.

8    Pearson is warned that if she does not pay the filing fee, her appeal will be dismissed.

9

10        **IT IS SO ORDERED.**

11

12   Dated: September 9, 2011

_____
SUSAN ILLSTON
13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
For the Northern District of California